UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SEDIGHEH FORSATI,<br><br>        Petitioner,<br>    v.<br>_____/ | No. 15-mc-80012 LB<br><br>**ORDER TO SHOW CAUSE FOR LACK OF SUBJECT-MATTER JURISDICTION** |

On January 21, 2015, Petitioner Sedigheh Forsati, who is proceeding *pro se*, filed a document titled "Administrative Remedy Packet." The document contains attachments with affidavits and various sworn statements that reference a mortgage transaction between the petitioner and Union Bank of California. (Exhibit 1, ECF No. 57.) The petitioner's only request in this filing is that the court maintain her document as "evidence." It is not the role of the court to maintain evidence which is not associated with a pending lawsuit.

If, by this filing, the petitioner had intended to file a lawsuit, she has not met her burden of establishing subject-matter jurisdiction. The court, therefore, orders the petitioner to show cause why this action should not be dismissed for lack of subject-matter jurisdiction. If within 30 days the petitioner has failed to file an amended complaint establishing this court's subject-matter jurisdiction, the action will be dismissed. Attached to this order is "A Handbook for Pro Se Litigants" for the petitioner's use if necessary and a flyer describing the government's help desk.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER C 15-80012 LB